In the Matter of the Application of Jacob Appell, Deceased, against Amanda Appell Evans, as Executrix and Trustee, etc., for an Order of Joint Control.— Motion granted and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Benjamin Frank Wood v. Peter C. Gallagher.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Lyela Brandeis v. Charles Wesley Turner, Also Known as Charles Wesley Turner, Jr.— Upon the stipulation contained in the affidavit of plaintiff's attorney that in the event that the order appealed from be reversed, the answer be returned and held as not served, this motion for a stay is denied and the temporary stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Camille B. Brock v. Warren Film Co., Inc., and Another.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Marks Arnheim, Inc., v. Sidney Hillman, Individually and as General President, etc., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Joseph Genser v. Benjamin Genser.— Motion granted so far as to stay proceedings before referee and extend appellant's time to perfect appeal; the amount of the receiver's bond and other provisions to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of James O. Tryon, an Attorney.— Reference ordered to Hon. John W. Goff, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Joseph Schwartz and Another, Copartners, etc., Respondents, v. Yone Suzuki and Others, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Warner Oland, Respondent, v. Pathé Exchange, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Transfer Tax upon the Estate of Sarah S. Brett, Deceased. — Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Charles L. Harding and Another, Copartners, etc., Respondents, v. Carbondale Mills, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Henry O. Dummer, Respondent, v. Gould Coupler Company, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Isaac Pargman, Respondent, v. Durst Manufacturing Co., Inc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

John Schwendner, Respondent, v. Fred Schneider and Another, Appel-